UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CECILIO GARDUNO,**<br><br>Defendant. | Case No. CV10-06857 WDK(FMOx)<br><br>**JUDGMENT** |

The Court grants plaintiff's motion to enforce settlement agreement. Plaintiff is awarded final judgment against the defendant Cecilio Garduno, an individual, d/b/a Taqueria D.F., shall pay the plaintiff, J & J Sports Productions, Inc. in the amount of five thousand dollars ($5,000).

IT IS SO ORDERED.

Dated: May 18, 2012

_____
William Keller
United States District Judge